**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION**

IN RE: **D&L Meds, LLC**            CASE NO

CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: 11/13/2018           Signature: /s/ Danny R. Myers
                                                       *Danny R. Myers*
                                                       *President*

Date: _____           Signature: _____

Debtor(s): D&L Meds, LLC  Case No:  SOUTHERN DISTRICT OF MISSISSIPPI
Chapter: 7  GULFPORT DIVISION

American Arbitration Association
1301 Atwood Ave., Ste. 211N
Johnston, RI 02919

Enviro Inc.
P.O. Box 400
Ellisville, MS 39437

State Auto Insurance, Co.
P.O. Box 182738
Columbus, OH 43218

American Express
200 Vesey Street
New York, NY 10285

Humana
P.O. Box 361348
Columbus, OH 43236

Swift Financial
3505 Silverside Road
Wilmington, DE 19810

Canon Financial
158 Gaitler Drive, Ste. 200
Mt. Laurel, NJ 08054-1716

Mr. Sippi Beverages
P.O. Box 16492
Hattiesburg, MS 39402

U.S. Med-Equip
7028 Gessner Road
Houston, TX 77040

Capital One
P.O. Box 60599
City of Industry, CA 91716

Multimedia Sales and Marketing
P.O. Box 78
Buffalo Grove, IL 60089

United States Trustee
501 EAST COURT STREET, SUITE 6-
JACKSON, MS 39201

Capsa Solutions, LLC
8206 Solutions Center
Chicago, IL 60677

On Deck Capital
1400 Broadway
New York City, NY 10018

Cardinal Health
7000 Cardinal Place
Dublin, OH 43017

Performance Source II, Ltd.
5097 N. Elston Ave, Ste. 300
Chicago, IL 60630

Chase Bank
P.O. Box 15298
Wilmington, DE 19850

Pitney Bowes
1 Elmcroft Road
STamford, CT 06926

Citizens Bank
814 Main Street
Columbia, MS 39429

QSI
P.O. Box 890898
Charlotte, NC 28289

Comcast
PO Box 105184
Atlanta, GA 30348-5184

Relay Health
450 Lindbergh Dr.
Moon Township, PA 15108

Derek A. Henderson
1765-A Lelia Drive, Ste. 103
Jackson, MS 39216

Smith Drug Co.
P.O. Box 1779
Spartanburg, SC 29304