UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: D&L MEDS, LLC
    Debtor

Case No. 18-52201 KMS
Chapter 7 Proceeding

## CORPORATE OWNERSHIP STATEMENT

I, Danny Myers, do hereby certify, pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, that I am the 100% shareholder and president of the corporation bearing the name D&L MEDS, LLC and that no other corporation owns, directly or indirectly, any interest in or any class of the equity interests of the corporate debtor, D&L MEDS, LLC.

    SO CERTIFIED this the 13 day of November, 2018.

*/s/ Danny Myers*
Danny Myers, President
D&L MEDS, LLC