

**SO ORDERED,**

*Katharine M. Samson*

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: January 14, 2019

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: D&L MEDS, LLC  
Debtor

Case No. 18-52201 KMS  
Chapter 13 Proceeding

### ORDER GRANTING MOTION TO WAIVE THE APPOINTMENT OF A PATIENT CARE OMBUDSMAN (DKT # 10)

THIS CAUSE having come on to be considered upon the Debtor's Motion to Waive the Appointment of a Patient Care Ombudsman and no Response having been filed and the Court having considered the same, it is therefore,

ORDERED AND ADJUDGED that the Motion shall be granted and the requirement that a Patient Care Ombudsman be waived unless further hearing deems it necessary.

## END OF ORDER##

Prepared By:  
Nicholas T. Grillo 103980  
Grillo Law Firm  
P.O. Box 1104  
Hattiesburg, MS  39403  
Phone (769) 390-7935/Fax (769)390-7193  
Email: grillolawms@gmail.com